UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GLENN A. BAKER,

    Plaintiff,

v.                              Case No. 3:18cv393-MCR-CJK

JULIE JONES, et al.,

    Defendants.
_____/

## ORDER and
## REPORT AND RECOMMENDATION

On May 11, 2018, the court ordered plaintiff to file either a notice of voluntary dismissal or a second amended civil rights complaint within 30 days. (Doc. 8). Plaintiff failed to comply with the order within the allotted time. On June 13, 2018, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 9). Although the show cause order was initially returned as undeliverable (docs. 10, 11), the clerk resent it to the post-office box for New River Correctional Institution on July 2 and it has not been returned. To date, plaintiff has not submitted the second amended complaint or responded to the June 13 show cause order.

Accordingly, it is ORDERED:

1.      The clerk shall update plaintiff's address to New River Correctional Institution, P.O. Box 900, Raiford, Florida 32083.

And it is respectfully RECOMMENDED:

1.      That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.      That the clerk be directed to close the file.

At Pensacola, Florida, this 25th day of July, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:18cv393-MCR-CJK